UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12CV-34-M

| | |
|---|---|
| BARBARA JEAN BOWERS, MD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE OPHTHALMOLOGY GROUP, LLP )<br>)<br>Defendant )<br>_____ ) | **DEFENDANT'S MOTION TO DISMISS**<br><br>(Electronically Filed) |

The Defendant, The Ophthalmology Group, LLP ["Ophthalmology Group" or "the Group"], submits the following motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim under Rules 12(b)(1) and 12(b)(6).  Ophthalmology Group submits the attached memorandum of law, appendix and affidavit in further support of this motion.

WHEREFORE, Ophthalmology Group requests that the Plaintiff's claim be dismissed.

Respectfully submitted,

McMURRY & LIVINGSTON, PLLC
P.O. BOX 1700
PADUCAH, KY  42002-1700
(270) 443-6511
ATTORNEYS FOR THE DEFENDANT

s/ Kerry D. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to and thereby serve the other parties as follows:

Stephen M. Bowers, Esq.
211 South College Street
P.O. Box 347
Franklin, KY  42135-0347

s/ Kerry D. Smith